UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-03169-EAL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAIMUNDO ANTONIO ROCA-NARANJO,

    Defendant.

_____/

### ORDER RECUSING JUDGE AND REASSIGING CASE

The undersigned Magistrate Judge, to whom the above-styled case has been assigned, recuses herself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455.

**DONE and ORDERED** in Chambers in Miami, Florida on this 23rd day of June, 2025.

_Enjoliqué A. Lett_

ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules and Administrative Orders for the Southern District of Florida, this cause will be reassigned to the calendar of United States Magistrate Judge _Lauren Fleischer Louis_.



Copies of this Order shall be served on all pending parties of record by notice of electronic filing and/or United States mail. All documents for filing in this case shall carry the following case number and designation: 1:25-mj-03169-LFL.

BY ORDER OF THE COURT on _____June 24_____, 2025, Miami, Florida.



Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: s/ John M. Ditullio
Deputy Clerk