Incoming call from 1 (786) 397-0867 UM

Parties talk about a roosters and chickens.

[minimized]

Parties talk about a roosters and chickens.

[minimized]

Parties talk about a roosters and chickens.

[minimized]

Parties talk about a roosters and chickens.

[minimized]

ks

