

EXHIBIT D Composite



