UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 25-CR-20253-ARTAU(s)(s)

UNITED STATES OF AMERICA,

   Plaintiff,

v.

RAIMUNDO ANTONIO ROCA-NARANJO,

   Defendant.

_____/

**NOTICE OF SUPPLEMENTAL SUBMISSION OF EXHIBITS
IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL DISCOVERY**

COMES NOW Defendant, RAIMUNDO ANTONIO ROCA-NARANJO ("Defendant" or "Mr. Roca"), by and through undersigned counsel, and respectfully gives notice of his supplemental submission of exhibits in support of his Motion to Compel Discovery (DE 238) and in response to the Government's Reply to Defendant's Response to the Government's Due Diligence Report (DE 337):

**SUPPLEMENTAL EXHIBIT LIST**

1. Toll and subscriber information for telephone number ending in X-1501 belonging to Tomas Ramon (from the Government's Discovery Production 2-Supplemental included in a folder labeled Raimundo Roca Tolls, subscriber Info.).

2. Linesheet Report (RODRIGUEZETAL000011952) and Audio Recording of a May 16, 2025 outgoing phone call from Roberto Rodriguez to unknown male (not the Defendant) on TT8 (Line: 9296700372) at number X-1501.

3.      Certified Roca T-Mobile toll and subscriber information for telephone number ending in X-1351.

4.      DE 298 - PAPERLESS Minute Order for proceedings held before Magistrate Judge Lisette M. Reid: Motion Hearing as to Raimundo Antonio Roca-Naranjo held on 2/10/2026 re238 Defendant's MOTION to Compel Discovery filed by Raimundo Antonio Roca-Naranjo. The Court will defer ruling on the Motion to Compel **until the Government completes its due diligence investigation and files a verified report UNDER SEAL** with the results of the investigation on or before February 24, 2026. (Evidentiary Hearing on the Motion to Suppress237 set for 3/10/2026 09:30 AM in Miami Division before Magistrate Judge Lisette M. Reid.). All other pending motions referred to Judge Reid will be heard on March 10, 2026, starting at 9:30 a.m. Total time in court: 1 hour(s) : 15 minutes. Spanish Interpreter present. Attorney Appearance(s): Jessica A. Massey, Arturo V. Hernandez, Court Reporter: Lance Steinbeisser, 305-523-5633 / Lance_Steinbeisser@flsd.uscourts.gov. Signed by Magistrate Judge Lisette M. Reid on 2/10/2026. (br) (emphasis supplied).

Respectfully Submitted,

By: */s/ Arturo V. Hernandez*
ARTURO V. HERNANDEZ, ESQ.
FBN: 0324078


/s/ RAMON A. HERNANDEZ,ESQ
FBN: 0101515
Gables International Plaza
2655 Lejeune Road, Ste 524
Coral Gables, Florida 33134
avhlawpa@gmail.com
Tel. (305)778-2971/(305)579-4850

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on the 5th day of March, 2026, the foregoing was filed pursuant to the Court's electronic filing system.

                           By:    */s/ Ramon A. Hernandez*
                                   RAMON A. HERNANDEZ, ESQ.