UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20253-ARTAU/REID(s)(s)

UNITED STATES OF AMERICA

v.

RAIMUNDO ANTONIO ROCA-NARANJO,

    **Defendant.**

_____/

**GOVERNMENT'S WITNESS AND EXHIBITS LIST FOR EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND REQUEST FOR *FRANKS* HEARING**

    The United States of America, by and through the undersigned, respectfully gives notice of the witness and exhibits list in support of its filed Response in Opposition to Defendant Raimundo Antonio Roca-Naranjo's (the "Defendant") Motion to Suppress Evidence (ECF No. 299).

    The government reserves the right to add any exhibit on the defendant's exhibit list, and any witness, document, or exhibit necessary for rebuttal.

[INTENTIONALLY LEFT BLANK]

| Presiding Judge:<br>The Honorable Lisette M. Reid | AUSAs:<br>Alieu Kargbo<br>Jessica A. Massey | Defense Counsel:<br>Arturo V. Hernandez<br>Ramon A. Hernandez |
|---|---|---|
| Courtroom Deputy:<br>Betty Rodriguez | Court Reporter: TBD | |
| **Witness** | FBI Special Agent Ethan Paszko | |
| **Exhibit Number** | **Description of Exhibit** | |
| 1 | Authorized Search Warrant re: Defendant's Residence (including Authorized Application for Search Warrant, Affidavit in Support of Application, Attachment A, and Attachment B) (Dkt. 25-mj-03161-EAL). | |
| 2 | Search Warrant Return for Authorized Search Warrant re: Defendant's Residence. | |
| 3 | Linesheet Report Containing Intercepted Calls on May 20, 2025 at 7:22 p.m., 8:22 p.m., and 8:31 p.m. | |
| 4 | Linesheet Report Containing Intercepted Calls on May 21, 2025 at 11:55 a.m., 1:54 p.m., and May 25, 2025 at 6:04 p.m. | |
| 5 | Linesheet Report Containing Intercepted Calls from Various Dates for Sessions 275, 383, and 752. | |
| 6 | Linesheet Report Containing Intercepted Calls from Various Dates re: Roosters and Chickens. | |
| 7 | Photographs of Drugs Seized on May 27, 2025 | |
| 8 | Photographs of Drugs Seized on April 1, 2025 | |

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

DAVID L. JAFFE
CHIEF, VIOLENT CRIME AND
RACKETEERING SECTION
UNITED STATES DEPARTMENT OF JUSTICE

By:   /s/   *Alieu Kargbo*
Alieu Kargbo
Florida Bar No. A5503358
Trial Attorney
U.S. Department of Justice
Criminal Division, Violent Crime and
Racketeering Section
1301 New York Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 510-2694
Alieu.Kargbo@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

<u>/s/ Alieu Kargbo</u>
Alieu Kargbo
Trial Attorney