UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cr-20253-EA

UNITED STATES OF AMERICA,

v.

ALBERTO LEANDRO CURIEL, *et al.*,

     Defendants.

_____/

## ORDER REGARDING CJA COUNSEL BUDGETING ISSUES

**THIS CAUSE** having come before the Court upon CJA Defendants' *Ex Parte* Motion for Status Hearing, [ECF Nos. 320, 321, 351], the Court having conducted a Status Hearing on this matter and being otherwise duly advised in the premises, the Court finds this case involves extended litigation for the reasons stated on the record and thus it is hereby

**ORDERED AND ADJUDGED THAT** CJA counsels shall submit their Motion for Acceptance of Summary Budget and their proposed case budgets under seal within 10 days of this Order. Thereafter, CJA counsel shall submit interim vouchers every 60 days, with the first interim voucher covering the period from the date of appointment to the date of this Court's order.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this 23rd day of March 2026.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE