**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-CR-20253-EA(s)(s)**

**UNITED STATES OF AMERICA,**

vs.

**RAIMUNDO ANTONIO ROCA-NARANJO,**

      **Defendant.**

_____/

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses

without prejudice the Second Superseding Indictment against the above-named defendant.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

cc:    U.S. Attorney (Robert Emery, AUSA; Jessica Massey, TA)
      U.S. Marshal
      Chief Probation Officer
      Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: March 30, 2026

HON. ED ARTAU
UNITED STATES DISTRICT JUDGE